FILED
2015 Jun-26 AM 09:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| LANNY CARRUTHERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 3:15-cv-169-CLS |
| ) | |
| MIDLAND FUNDING, LLC, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

Pursuant to the Joint Stipulation of Dismissal With Prejudice, it is ORDERED that all claims embraced herein are DISMISSED with prejudice. Costs are taxed as paid. The Clerk is directed to close this file.

DONE this 26th day of June, 2014.

_____
United States District Judge